

# Law Offices of
# Thomas J. Minotti, P.C.
## Attorneys at Law

**1131 Route 55, Suite 6**
**LaGrangeville, New York 12540**
**Telephone (845) 570-9300**



**THOMAS J. MINOTTI \***
_____

**CENTRAL FACSIMILE (888) 892-7898**

**\* Admitted in NY & CT**

June 29, 2021

United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

    Attn:   Hon. Sean H. Lane, USBJ

    Re:   In re: Donna Cotarelo
             Case No. 21-22147-shl

Your Honor:

As per your Order dated May 7, 2021, this letter shall serve as the status report for this Chapter 13 case.

- On June 24, 2021 I filed an Amended Chapter 13 Plan which shall pay all claims 100%.

- The only item outstanding for the Chapter 13 Trustee is a third-party affidavit from debtor's husband. Debtor has informed me that I should receive that affidavit this week.

- Since the Amended Chapter 13 Plan was served on June, 24, 2021, there is not enough time for service to confirm the plan at the confirmation hearing scheduled for July 7, 2021 and as such I ask for an adjournment of this hearing.

                                                Very truly yours,

                                                */s/ Thomas J Minotti*

                                                Thomas J. Minotti